**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**James Khalil,** *et al.,*

      **Plaintiffs,**

      **v.**                          **Civil Action 2:19-cv-4902**

                                            **Judge Michael H. Watson**

**The Ohio State University,**

                                            **Magistrate Judge Deavers**

      **Defendant.**

## ORDER

Plaintiff John Doe 32 moves the Court to sever his claims from this case so he can pursue his claims individually.   Mot., ECF No. 36.   He also moves to substitute Marcus Sidoti and the firm Friedman & Gilbert, LLC as counsel of record in place of present counsel Scott E. Smith and Brian R. Noethlich with the firm Scott Elliot Smith, LPA; Adele P. Kimmel with Public Justice, P.C.; and Debra Greenberger and Ilann M. Maazel with Emery Celli Brinckerhoff & Abady LLP.   The Court **GRANTS** Joe Doe 32's motion.

The Clerk is **DIRECTED** to (1) assign a new individual case number for John Doe 32; (2) mark this new case as related to all cases that are in turn related to Case No. 2:18-cv-692; and (3) assign it to the undersigned District Judge and Chief Magistrate Judge Deavers.   Plaintiff must pay the requisite filing fee and file his individual Complaint within fourteen (14) days of this Order.

      **IT IS SO ORDERED.**

                                  */s/ Michael H. Watson*
                                  **MICHAEL H. WATSON, JUDGE**
                                  **UNITED STATES DISTRICT COURT**