**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE 32, | |
| Plaintiff, | Case No. 2:20-cv-2008 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Chief Magistrate Judge |
| Defendant. | Elizabeth P. Deavers |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiff John Doe 32 and Defendant The

Ohio State University ("OSU") hereby stipulate to the **DISMISSAL WITH PREJUDICE** of

any and all claims which have been, could have been, or should have been asserted against OSU

in the Plaintiff's Complaint (Doc. 1) and/or First Amended Complaint (Doc. 41). The parties

will bear their own attorneys' fees, costs and expenses.

**Stipulated And Agreed To By:**

Attorney for Plaintiff:

*/s/ Richard W. Schulte*
Richard W. Schulte (0066031)
Wright & Schulte, LLC
865 S. Dixie Dr.
Vandalia, OH 45377
(937) 435-7500
(937) 435-7511
rschulte@yourlegalhelp.com

*Counsel for Plaintiff*

Attorney for Defendant:

DAVID A. YOST
ATTORNEY GENERAL OF OHIO

*/s/ Michael H. Carpenter*
by */s/ Richard W. Schulte*
per email authorization (3/2/2021)
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
David J. Barthel (0079307)
Carpenter Lipps and Leland LLP
280 Plaza, Suite 1300

1

280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
E-mail: carpenter@carpenterlipps.com
bricker@carpenterlipps.com
barthel@carpenterlipps.com

*Special Counsel for Defendant*
*The Ohio State University*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on March 3, 2021. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

> */s/ Richard W. Schulte*
> Richard W. Schulte (0066031)
> Wright & Schulte, LLC
> 865 S. Dixie Dr.
> Vandalia, OH 45377
> (937) 435-7500
> (937) 435-7511 facsimile
> rschulte@yourlegalhelp.com
>
> *Counsel for Plaintiff*